UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Ariel D.,[1] | Civ. No. 22-3030 (JWB/DJF) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |
| Frank Bisignano, *Commissioner of Social Security*, | |
| Defendant. | |

Bryan Konoski, Esq., Konoski & Partners, P.C.; and James H. Greeman, Esq., Greeman Toomey, counsel for Plaintiff.

Ana H. Voss, Esq., United States Attorney's Office; James D. Sides, Esq., and Sophie Doroba, Esq., Social Security Administration, counsel for Defendant.

United States Magistrate Judge Dulce J. Foster issued a Report and Recommendation ("R&R") on December 5, 2025. (Doc. No. 50.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The December 5, 2025 R&R (Doc. No. 50) is **ACCEPTED**;

---

[1] This District has adopted the policy of using only the first name and last initial of any nongovernmental parties in social security appeals such as the present case.

2. Plaintiff's Motion for Authorization of Attorney Fees Pursuant to 42 U.S.C. § 406(b) (Doc. No. 40) is **GRANTED**;

3. Plaintiff shall be awarded a total of $15,112 in fees pursuant to 42 U.S.C. § 406(b), less $8,000 for Equal Access to Justice Act ("EAJA") fees previously awarded; and

4. The government is directed to pay **$7,112** in fees directly to Plaintiff's counsel out of Plaintiff's past-due benefits.

Date: January 9, 2026

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge